Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 10/13/2021

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO: 21-01640-RSM |
| | : CHAPTER: 13 |
| JOSEPH PRESTON HINES, III, | : |
| Debtor. | : |
| JOSEPH PRESTON HINES, III, | : |
| Movant, | : CONTESTED MATTER |
| vs. | : |
| ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC, | : |
| Respondent. | : |

**AGREED ORDER ON DEBTOR'S MOTION FOR A DETERMINATION UNDER RULE 3002.1 FRPB RELATED TO THE CLAIM OF QUICKEN LOANS LLC**

This matter came before the Court on Debtor's Motion for a Determination Under Rule 3002.1 FRPB Related to the Claim of Quicken Loans LLC filed on July 19, 2021 (Dkt. #29) and set for hearing on October 15, 2021. Rocket Mortgage, LLC f/k/a Quicken Loans, LLC filed a Response to Motion for a Determination Under Rule 3002.1 FRPB Related to the Claim of Quicken Loans LLC on

August 9, 2021 (Dkt. #35). The parties have conferred and reached an agreement. Accordingly, it is hereby

**ORDERED** that the Notice of Post-Petition Mortgage Fees, Expenses and Charges (hereinafter "Notice") filed by Respondent on July 14, 2021 (Dkt. #27) in the amount of $900.00 shall be reduced to reflect the balance of $600.00 for the Proof of Claim and Plan Review. It is further

**ORDERED** that the Chapter 13 Trustee shall pay the reduced amounts itemized in the said Notice of $600.00 in a separate claim over the remaining term of the plan pro rate Class 4 pursuant to the Confirmation Order. It is further

**ORDERED** the creditor and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the Debtor or against the property that serves as collateral for its loan in connection with the Response resolved by this Agreed Order.

This Order was Signed and Entered Electronically as Indicated at the Top of the First Page.

**[END OF DOCUMENT]**

Approved for entry by:

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rlselaw.com
Attorney for Respondent

*Signatures continue on the following page*

Consented to by:

/s/ Keith David Slocum
Keith David Slocum
TN BPR No.
Harlan, Slocum & Quillen
PO Box 949
Columbia, TN 38402
931-381-0660
bknotices@robertharlan.com
Attorney for Debtor


No Opposition to by:
/s/ Henry E Hildebrand III

Digitally signed by /s/ Henry E Hildebrand III
DN: CN=/s/ Henry E Hildebrand III
Reason: I am the author of this document
Location: your signing location here
Date: 2021-10-13 08:19:40
Foxit Reader Version: 9.6.0

Henry Edward Hildebrand, III
TN BPR No.
Office of the Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203
615-244-1101
pleadings@ch13nsh.com
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Joseph Preston Hines, III
1840 Elizabeth Lane
Columbia, TN 38401

Keith David Slocum
Harlan, Slocum & Quillen
PO Box 949
Columbia, TN 38402

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203

United States Trustee
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 1:21-bk-01640    Doc 41    Filed 10/14/21    Entered 10/14/21 07:19:13    Desc Main Document    Page 4 of 4